# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JENNIFER ZONA, derivatively on behalf of YUM! BRANDS, INC., ) ) ) | Case No. 3:13-cv-00506-TBR |
| Plaintiff, ) ) ) | AGREED ORDER GRANTING STAY OF ACTION PENDING DISCOVERY |
| v. ) ) | |
| DAVID C. NOVAK, et al., ) ) | |
| Defendants, ) and ) ) | |
| YUM! BRANDS, INC., ) ) | |
| Nominal Defendant. ) ) | |

WHEREAS, on February 14, 2013, plaintiff Jennifer Zona ("Plaintiff") sent a shareholder litigation demand (the "Demand") to the board of directors ("Board") of Yum! Brands, Inc. ("Yum!" or the "Company");

WHEREAS, the Company's Board formed a special committee (the "Committee") to consider and respond to the Demand;

WHEREAS, on May 21, 2013, Plaintiff, derivatively on behalf of the Company, filed a Complaint (the "Complaint") against certain of Yum!'s current officers and directors ("Individual Defendants") and Yum! ("Nominal Defendant") (collectively, "Defendants");

WHEREAS, on August 6, 2013, the parties filed a proposed agreed order with this Court, agreeing that a stay of the proceedings was appropriate under North Carolina General Statutes § 55-7-43 until the Committee completed its investigation of the Demand, and the agreed order was granted and filed with this Court on August 12, 2013;

WHEREAS, on September 19, 2013, the parties filed a joint status report with this Court stating that the Committee had completed its work and would communicate with Plaintiff

shortly, and providing that the parties would meet and confer within fifteen (15) days of the delivery of the Committee's final report to Plaintiff and submit a status report to the Court detailing how the parties plan to proceed;

WHEREAS, on September 26, 2013, counsel for Yum! provided a copy of the Committee's report to counsel for Plaintiff;

WHEREAS, on October 14, 2013, based on the Committee's determination, Yum! filed a motion to dismiss this action (the "Motion to Dismiss");

WHEREAS, the parties have agreed that Plaintiff may take certain discovery regarding the Committee's response to the Demand; and

WHEREAS, the parties have agreed that this action should be temporarily stayed as proposed herein to allow Plaintiff to receive discovery;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Court's consideration of the Motion to Dismiss shall be stayed until further order of the Court;

2. The parties shall meet and confer in good faith regarding the scope of the agreed discovery. If the parties are unable to agree on the scope of discovery, the parties shall file a status report with the Court no later than November 30, 2013;

3. Defendants shall promptly provide Plaintiff with certain discovery once the parties agree on the scope of discovery;

4. Within thirty (30) days of delivery to Plaintiff of the agreed discovery, Plaintiff shall either: (1) file an amended complaint; (2) file an opposition to the Motion to Dismiss; or (3) file a request with the Court to dismiss this action; and

5. This agreed order may be modified or amended by agreement among the parties, subject to further Court approval. By entering into this agreed order, the parties do not waive any defenses, rights, or objections.

**IT IS SO ORDERED.**

October 31, 2013

                                            **Charles R. Simpson III, Senior Judge**
                                               **United States District Court**

AGREED BY:

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|

/s/ Thomas R. Kerr
Thomas R. Kerr
732 Scott Street
Covington, KY 41011
Telephone: (859) 431-2222
Facsimile: (859) 431-3463
tom@thomaskerr.com

/s/ Frank J. Johnson
Frank J. Johnson
Shawn E. Fields
JOHNSON & WEAVER, LLP
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
shawnf@johnsonandweaver.com

*Counsel for Plaintiff*

/s/ Sheryl G. Snyder
Sheryl G. Snyder
Peter M. Cummins
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
ssnyder@fbtlaw.com
pcummins@fbtlaw.com

/s/ James W. Ducayet
Charles W. Douglas
David F. Graham
James W. Ducayet
Kristen R. Seeger
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
cdouglas@sidley.com
dgraham@sidley.com
jducayet@sidley.com
kseeger@sidley.com

*Counsel for Nominal Defendant*

/s/ Clark C. Johnson
Charles J. Cronan IV
Clark C. Johnson
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
cjohnson@stites.com

*Counsel for the Individual Defendants*