# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JENNIFER ZONA, derivatively on behalf of YUM! BRANDS, INC., | Case No. 3:13-cv-00506-CRS |
| Plaintiff, | AGREED ORDER GRANTING STAY OF ACTION |
| v. | |
| DAVID C. NOVAK, et al., | |
| Defendants, | |
| and | |
| YUM! BRANDS, INC., | |
| Nominal Defendant. | |

## AGREED ORDER

WHEREAS, on February 14, 2013, plaintiff Jennifer Zona ("Plaintiff") sent a shareholder litigation demand to the board of directors ("Board") of YUM! Brands, Inc. ("YUM!" or the "Company");

WHEREAS, on January 24, 2013, another shareholder, Bert Bauman, through separate counsel, sent a shareholder litigation demand to the Board of YUM!;

WHEREAS, on February 19, 2013, YUM!'s Board of Directors formed a special committee (the "Special Committee") to consider and respond to the shareholder litigation demands received by Plaintiff, Bert Bauman, and other shareholders (collectively, the "Demands");

WHEREAS, on May 21, 2013, Plaintiff filed her Verified Shareholder Derivative Complaint (the "Complaint") in the above-captioned action against certain of YUM!'s current officers and directors and YUM! as nominal defendant (collectively, the "Defendants"). Bert Bauman filed a similar derivative complaint Jefferson Circuit Court, Jefferson County, Kentucky on May 9, 2013, captioned *Bauman v. Novak et al.,* Civil Action No. 13 CI 002417 (together with the Complaint, the "Derivative Lawsuits");

WHEREAS, on September 18, 2013, the Special Committee completed its investigation, concluded that it would not be in the best interest of the Company to pursue the litigation proposed by Plaintiff and others, rejected the Demands, and instructed the Company to seek dismissal of the Derivative Lawsuits;

WHEREAS, this action has been stayed by order of the Court filed November 4, 2013, pending discovery regarding the Special Committee's response to the Demands;

WHEREAS, a number of securities fraud class action lawsuits were also filed against YUM! and certain of its fiduciaries, involving similar underlying facts as the Derivative Actions. These cases were all initially filed in the Central District of California as follows:

1. *Bondali v. Yum! Brands Inc. et al.*, 8:13-CV-00173, filed on January 24, 2013
2. *Shader v. Yum! Brands Inc. et al.*, 8:13-CV-00140, filed January 28, 2013
3. *Yun v. Yum! Brands Inc. et al.*, 8:13-CV-00147, filed January 29, 2013
4. *Glaser v. Yum! Brands Inc. et al.*, 8:13-CV-00117, filed February 1, 2013

WHEREAS, the above securities fraud class actions were consolidated on May 1, 2013, and transferred to this District. The transferred case was opened on May 2, 2013, captioned *In Re Yum! Brands, Inc. Securities Litigation*, 3:13-cv-00463 (W.D. Ky.) (the

"Consolidated Securities Action");

WHEREAS, an amended complaint was filed in the Consolidated Securities Action on August 5, 2013. The defendants in that action filed a motion to dismiss the amended complaint on October 4, 2013 (the "Motion to Dismiss"). That motion is currently being briefed. The opposition to the Motion to Dismiss was filed on November 19, 2013, and the reply is due January 21, 2013.

WHERAS, the parties, by and among their undersigned counsel, have agreed that, in the interests of efficiency, this action should be stayed temporarily, pending the outcome of the Motion to Dismiss in the Consolidated Securities Action, as proposed herein,

**NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

1. Defendants' obligation to answer or otherwise plead with respect to the Complaint shall be stayed until the Motion to Dismiss in the Consolidated Securities Action is denied, or until the Consolidated Securities Action is voluntarily dismissed or dismissed with prejudice;

2. Within thirty days of the denial of the Motion to Dismiss, or the voluntary dismissal or final dismissal with prejudice of the Consolidated Securities Action, the Parties will meet and confer in good faith to determine a proposed schedule for this action going forward and will submit by that date a stipulation setting forth such a schedule, which will be subject to approval by the Court;

3. Defendants shall provide Plaintiff with reasonable notice of any mediation, settlement meeting, or other alternative dispute resolution that takes place in regards to any other action asserting claims arising out of facts similar to those asserted in

this action, if the potential settlement of such action could have a res judicata effect or otherwise preclude any of the claims asserted in this action;

4. This agreed order may be modified or amended by agreement among the parties, subject to further Court approval. By entering into this agreed order, the Parties do not waive any claims, defenses, rights, or objections.

**IT IS SO ORDERED**

December 3, 2013

**Charles R. Simpson III, Senior Judge
United States District Court**

AGREED BY:

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|

/s/ Thomas R. Kerr
Thomas R. Kerr
732 Scott Street
Covington, KY 41011
Telephone: (859) 431-2222
Facsimile: (859) 431-3463
tom@thomaskerr.com


/s/ Frank J. Johnson
Frank J. Johnson
Shawn E. Fields
JOHNSON & WEAVER, LLP
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
shawnf@johnsonandweaver.com

*Counsel for Plaintiff*

/s/ James W. Ducayet
Charles W. Douglas
David F. Graham
James W. Ducayet
Kristen R. Seeger
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
cdouglas@sidley.com
dgraham@sidley.com
jducayet@sidley.com
kseeger@sidley.com

Sheryl G. Snyder
Peter M. Cummins
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
ssnyder@fbtlaw.com
pcummins@fbtlaw.com

*Counsel for Nominal Defendant*

/s/ Clark C. Johnson
Charles J. Cronan IV
Clark C. Johnson
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
cjohnson@stites.com

*Counsel for the Individual Defendants*