# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

*Filed Electronically*

| | | |
|---|---|---|
| **JENNIFER ZONA, derivatively on behalf of YUM! Brands, Inc.,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:13-cv-00506-CRS** |
| | ) | |
| **DAVID C. NOVAK, et al.** | ) | |
| | ) | |
| **DEFENDANTS,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **YUM! BRANDS, INC.** | ) | |
| | ) | |
| **NOMINAL DEFENDANT.** | ) | |

| | | |
|---|---|---|
| **SANDRA WOLLMAN, derivatively on behalf of YUM! Brands, Inc.,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:13-cv-001195-CRS** |
| | ) | |
| **DAVID C. NOVAK, et al.** | ) | |
| | ) | |
| **DEFENDANTS,** | ) | |
| **and** | ) | |
| | ) | |
| **YUM! BRANDS, INC.** | ) | |
| | ) | |
| **NOMINAL DEFENDANT.** | ) | |
| | ) | |

**[PROPOSED] AGREED ORDER CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND LIAISON COUNSEL AND RELATED MATTERS**

WHEREAS, there are presently two related shareholder derivative actions against certain current and former officers and directors of Yum! Brands, Inc. ("Yum" or the "Company") on file in this Court;

WHEREAS, the two Yum shareholder derivative actions arise out of the same alleged transactions and occurrences and involve the same or substantially similar alleged issues of fact and law, and, therefore, should be consolidated for all purposes;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, each of the undersigned counsel, on behalf of all parties in the related Yum shareholder derivative actions currently on file in this Court, enter into this stipulation. The parties and counsel are: (1) Johnson & Weaver, LLP and Thomas R. Kerr on behalf of plaintiff Jennifer Zona; (2) The Weiser Law Firm, P.C., Law Office of Debra S Goodman, P.C., and Thomas R. Kerr on behalf of plaintiff Sandra Wollman; (3) Stites & Harbison, PLLC on behalf of defendants David C. Novak, Richard T. Carucci, Patrick Grismer, Jonathan D. Blum, Scott O. Bergren, Roger Eaton, Muktesh "Micky" Pant, Anne P. Byerlein, Jing-Shyh "Sam" Su, Michael J. Cavanagh, David W. Dorman, Massimo Ferragamo, Mirian M. Graddick-Weir, David Grissom, Bonnie Hill, Jonathan S. Linen, Thomas C. Nelson, Thomas M. Ryan and Robert D. Walter (the "Individual Defendants") and (4) Sidley Austin LLP and Frost Brown Todd LLC on behalf of nominal defendant Yum.[1]

---

[1] Collectively, the Individual Defendants and the Nominal Defendant are referred to as "Defendants."

WHEREAS, Defendants take no position as to the appointment of Johnson & Weaver, LLP and The Weiser Law Firm, P.C. as co-lead counsel for plaintiffs and Thomas R. Kerr as liaison counsel for plaintiffs;

\* \* \*

Now, therefore, the parties hereto stipulate and the Court ORDERS as follows:

## I. CONSOLIDATION OF THE RELATED SHAREHOLDER DERIVATIVE ACTIONS

The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| **Abbreviated Case Name** | **Case No.** | **Date Filed** |
|---|---|---|
| *Jennifer Zona v. David C. Novak et al.* | 13-cv-00506 | May 21, 2013 |
| *Sandra Wollman v. David C. Novak et al.* | 13-cv-01195 | December 9, 2013 |

## II. CAPTION OF CASES

Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN RE YUM! BRANDS, INC. DERIVATIVE LITIGATION | ) UNITED STATES DISTRICT<br>) COURT, WESTERN DISTRICT OF<br>) KENTUCKY<br>)<br>) Lead Case No. 13-cv-00506<br>)<br>) (Consolidated with No. 13-cv-01195)<br>) |

## III. MASTER DOCKET

The files of the Consolidated Action shall be maintained in one file, under Master File No. 3:13-cv-00506.

## V. ORGANIZATION OF COUNSEL

Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

JOHNSON & WEAVER, LLP
Frank J. Johnson
Shawn E. Fields
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

-and-

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
Brett D. Stecker
Jeffrey J. Ciarlanto
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

Co-Lead Counsel shall have the authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Co-Lead Counsel.

Liaison Counsel for plaintiffs for the conduct of these consolidated actions is:

THOMAS R. KERR
732 Scott Street
Covington, KY 41011
Telephone: (859) 431-2222
Facsimile: (859) 431-3463

Defendants' counsel may rely upon all agreements made with Lead Counsel and Liaison Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs.

This Order shall apply to each case, arising out of the same or substantially the same transactions or events as the actions consolidated herein which is subsequently filed in, remanded to, or transferred to this Court.

## VI.    NEWLY FILED OR TRANSFERRED ACTIONS

When a case which properly belongs as part of In Re Yum! Brands, Inc. Derivative Litigation, Lead Case No. 13-cv-00506 is hereafter filed in, remanded to, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, remand, or transfer thereof for purposes of moving the Court for an order consolidating such case(s) with In Re Yum! Brands, Inc. Derivative Litigation, Lead Case No. 13-cv-00506, and counsel are to assist in assuring that counsel in such subsequent actions receive notice of this Order.

## VII.   EXISTING ORDER AND PRESERVATION OF ALL CLAIMS AND DEFENSES

The Agreed Order entered 12/3/13 [Dkt. 40] and resulting stay of proceedings shall apply to this Consolidated Action, and Defendants shall have no obligation to answer or otherwise plead with respect to the Complaint filed in *Wollman v. Novak et al*., Civil Action No. 13-cv-01195.

Nothing herein shall be construed as effecting a waiver or concession by any party.  All parties preserve all of their claims and defenses.


IT IS SO ORDERED.

5

TENDERED BY:


/s/ Frank J. Johnson (w/ permission)          /s/ Clark C. Johnson (w/ permission)
Frank J. Johnson                              Charles J. Cronan, IV
Shawn E. Fields                               Clark C. Johnson
JOHNSON & WEAVER, LLP                         STITES & HARBISON, PLLC
110 West "A" Street, Suite 750                400 W. Market Street, Suite 1800
San Diego, CA 92101                           Louisville, KY 40202-3352
Telephone: (619) 230-0063                     Telephone:  (502) 681-0430
Facsimile: (619) 255-1856                     Facsimile:  (502) 779-8241

*Proposed Co-Lead Counsel*                    *Counsel for the Individual Defendants*


/s/ Robert B. Weiser (w/ permission)          /s/ Sheryl G. Snyder
Robert B. Weiser                              Sheryl G. Snyder
Brett D. Stecker                              Peter M. Cummins
Jeffrey J. Ciarlanto                          FROST BROWN TODD LLC
THE WEISER LAW FIRM, P.C.                     400 West Market Street, 32nd Floor
22 Cassatt Avenue, First Floor                Louisville, KY  40202
Berwyn, PA 19312                              Telephone:  (502) 589-5400
Telephone: (610) 225-2677                     Facsimile:  (502) 581-1087
Facsimile: (610) 408-8062

*Proposed Co-Lead Counsel*                    and

/s/ Thomas R. Kerr (w/ permission)            James W. Ducayet
Thomas R. Kerr                                SIDLEY AUSTIN LLP
732 Scott Street                              One South Dearborn Street
Covington, KY 41011                           Chicago, IL 60603
Telephone: (859) 431-2222                     312-853-700
Facsimile: (859) 431-3463                     Fax: 312-853-7036

*Proposed Liaison Counsel*                    *Counsel for Nominal Defendant YUM!*
                                              *Brands, Inc.*