UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE YUM! BRANDS, INC.  Lead Case No. 3:13-cv-00506-DJH
DERIVATIVE LITIGATION

\* \* \* \* \*

### ORDER

The Court stayed this matter on December 4, 2013 (Docket No. 40), pending the outcome of a motion to dismiss in the related consolidated securities action, captioned *In re Yum! Brands, Inc. Securities Litigation*, 3:13-cv-00463 (W.D. Ky.). The Court granted the motion to dismiss in that case on December 24, 2014. The Court's docket does not indicate any activity in this matter since that time. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the parties shall submit a joint status report within twenty-one (21) days of the date of entry of this Order. The report shall include a statement regarding whether the parties believe a continuation of the stay is necessary and whether the parties would find a telephonic status conference to be beneficial at this juncture.