**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| IN RE YUM! BRANDS, INC. DERIVATIVE LITIGATION | )  Lead Case No. 3:13-cv-00506-DJH )  )  **JOINT STIPULATION TO DISMISS** )  **ACTION WITH PREJUDICE** )  )  )  ) |

WHEREAS, on December 3, 2013 (Docket No. 40), this Court stayed this matter (the "Action") pending the outcome of a motion to dismiss in the related consolidated securities action, captioned *In re Yum! Brands, Inc. Securities Litigation*, 3:13-cv-00463 (W.D. Ky.);

WHEREAS, the Court granted the motion to dismiss in that case on December 23, 2014, after which the plaintiffs appealed to the Sixth Circuit Court of Appeals;

WHEREAS, on May 28, 2015 (Docket No. 49), this Court continued the stay of this matter pending the outcome of that appeal;

WHEREAS, the appeal was affirmed on August 20, 2015, and the mandate issued by the Sixth Circuit Court of Appeals on September 11, 2015, thus lifting the stay of this action;

WHEREAS, the parties have met and conferred about how to proceed with this action;

**NOW, THEREFORE**, subject to the approval of the Court, the parties in the Action stipulate and agree as follows:

1.      Plaintiffs Jennifer Zona and Sandra Wollman hereby voluntarily dismiss the Action, with prejudice, as to Plaintiffs Jennifer Zona and Sandra Wollman only, with each side to bear their own attorneys' fees and costs incurred in connection with the Action;

1

2.      This dismissal is without prejudice as to the Company or any other shareholder.

**IT IS SO STIPULATED.**

AGREED BY:

COUNSEL FOR PLAINTIFFS:                    COUNSEL FOR DEFENDANTS:

/s/ Thomas R. Kerr                         /s/Sheryl G. Snyder
Thomas R. Kerr                             Sheryl G. Snyder
732 Scott Street                           Peter M. Cummins
Covington, KY 41011                        FROST BROWN TODD LLC
Telephone: (859) 431-2222                  400 West Market Street, 32nd Floor
Facsimile: (859) 431-3463                  Louisville, KY  40202
tom@thomaskerr.com                         Telephone:  (502) 589-5400
                                           Facsimile:  (502) 581-1087
                                           ssnyder@fbtlaw.com
/s/ Frank J. Johnson                       pcummins@fbtlaw.com
Frank J. Johnson
Shawn E. Fields                            /s/James W. Ducayet
JOHNSON & WEAVER, LLP                      Charles W. Douglas
600 West Broadway, Suite 1540              David F. Graham
San Diego, CA 92101                        James W. Ducayet
Telephone: (619) 230-0063                  Kristen R. Seeger
Facsimile: (619) 255-1856                  SIDLEY AUSTIN LLP
frankj@johnsonandweaver.com                One South Dearborn Street
shawnf@johnsonandweaver.com                Chicago, Illinois  60603
                                           Telephone:  (312) 853-7000
*Counsel for Plaintiffs Jennifer Zona*     Facsimile:  (312) 853-7036
*and Sandra Wollman*                       cdouglas@sidley.com
                                           dgraham@sidley.com
                                           jducayet@sidley.com
                                           kseeger@sidley.com

                                           *Counsel for Nominal Defendant*

                                           /s/ Clark C. Johnson
                                           Charles J. Cronan IV
                                           Clark C. Johnson
                                           STITES & HARBISON, PLLC
                                           400 West Market Street, Suite 1800
                                           Louisville, KY 40202-3352
                                           Telephone: (502) 587-3400
                                           cjohnson@stites.com

                                           *Counsel for the Individual Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Kentucky through the CM/ECF system, which will send a Notice of Electronic Filing to registered CM/ECF participants in the above-referenced action.

/s/ Frank J. Johnson
FRANK J. JOHNSON